# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 07-10774 JKO | Trustee: | (290240) | KENNETH A. WELT |
| --- | --- | --- | --- | --- |
| Case Name: | IDL COURIER, INC. | Filed (f) or Converted (c): | 02/07/07 (f) | |
| | | §341(a) Meeting Date: | 03/08/07 | |
| Period Ending: | 06/30/10 | Claims Bar Date: | 06/06/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | CHECKING ACCOUNTS | 13,715.98 | 13,804.96 | | 13,804.96 | FA |
| 2 | ACCOUNTS RECEIVABLE | Unknown | 4,648.00 | | 4,648.00 | FA |
| 3 | AUTOMOBILES (1986 ISUZU TRUCK) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | AUTOMOBILES (1990 NISSAN TRUCK) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | OFFICE EQUIPMENT<br>CP# 19 | Unknown | 0.00 | OA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 134.85 | Unknown |
| 6 | Assets    Totals (Excluding unknown values) | $18,215.98 | $18,452.96 | | $18,587.81 | $0.00 |

**Major Activities Affecting Case Closing:**

Filing withdrawl of OTC #5  06/22/10 gk
With final order TFR to be filed.

Per Carlos Sardi Case about to close
Accountant infomation needed e mailed Alan Barbee 3/18/08* Received
Professionals Final Fee Apps
Trustees Final Fee App /  ready to create in June
Need final review of claims/ imported with register in QD
Send copy of Tax info with TFR
Order uploaded for DE# 43 OTC #5

Printed: 08/04/2010 10:32 AM    V.12.06

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-10774 JKO | **Trustee:** (290240) KENNETH A. WELT |
| **Case Name:** IDL COURIER, INC. | **Filed (f) or Converted (c):** 02/07/07 (f) |
| | **§341(a) Meeting Date:** 03/08/07 |
| **Period Ending:** 06/30/10 | **Claims Bar Date:** 06/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2008　　　　**Current Projected Date Of Final Report (TFR):** August 30, 2010

Printed: 08/04/2010 10:32 AM　　V.12.06

Case 07-10774-JKO    Doc 48    Filed 08/10/10    Page 3 of 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-10774 JKO | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | IDL COURIER, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-65 - Money Market Account |
| Taxpayer ID #: | **-***0119 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/13/07 | {2} | All Seasons Uniforms & Textiles | Accounts receivable | 1121-000 | 40.00 | | 40.00 |
| 03/13/07 | {2} | Polly Wilkie | Accounts receivable | 1121-000 | 35.40 | | 75.40 |
| 03/13/07 | {2} | Cass Information Systems | Accounts receivable | 1121-000 | 560.00 | | 635.40 |
| 03/13/07 | {2} | US Bank Freight Payment Services | Accounts receivable | 1121-000 | 360.00 | | 995.40 |
| 03/13/07 | {2} | Classic Brass Works, Inc. | Accounts receivable | 1121-000 | 35.00 | | 1,030.40 |
| 03/13/07 | {2} | Splash Tropical Drinks | Accounts receivable | 1121-000 | 175.00 | | 1,205.40 |
| 03/13/07 | {2} | Guitar Center Stores, Inc. | Accounts receivable | 1121-000 | 435.00 | | 1,640.40 |
| 03/13/07 | {2} | Guitar Center Stores | Accounts receivable | 1121-000 | 690.00 | | 2,330.40 |
| 03/13/07 | {2} | Mark Finkelstein for Crown Sanitary Supply | Accounts receivable | 1121-000 | 35.00 | | 2,365.40 |
| 03/20/07 | {1} | Bank of America | To close debtor bank account | 1129-000 | 13,804.96 | | 16,170.36 |
| 03/29/07 | {2} | American Paperworks | Accounts receivable | 1121-000 | 360.00 | | 16,530.36 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.83 | | 16,533.19 |
| 04/03/07 | {2} | Brooke Digital Management Solutions, Inc. | Accounts receivable | 1121-000 | 150.00 | | 16,683.19 |
| 04/10/07 | {2} | Splash Tropical Drinks | Accounts receivable | 1121-000 | 140.00 | | 16,823.19 |
| 04/19/07 | {2} | Central Lock & Hardware | Accounts receivable | 1121-000 | 239.00 | | 17,062.19 |
| 04/19/07 | {2} | Classic Brass Works, Inc. | Accounts Receivable | 1121-000 | 35.00 | | 17,097.19 |
| 04/19/07 | {2} | Absolute Property Management | Accounts receivable | 1121-000 | 39.40 | | 17,136.59 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.26 | | 17,145.85 |
| 05/08/07 | {2} | Kravitz Design, Inc. | Accounts receivable | 1121-000 | 29.80 | | 17,175.65 |
| 05/24/07 | {2} | Brooke Distributors, Inc. | Accounts receivable | 1121-000 | 235.00 | | 17,410.65 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.48 | | 17,420.13 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.99 | | 17,429.12 |

Subtotals :        $17,429.12        $0.00

{} Asset reference(s)                                                                 Printed: 08/04/2010 10:32 AM      V.12.06

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-10774 JKO | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | IDL COURIER, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-65 - Money Market Account |
| Taxpayer ID #: | **-***0119 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.92 | | 17,439.04 |
| 08/09/07 | {2} | All Seasons Uniforms | Accounts receivable | 1121-000 | 35.00 | | 17,474.04 |
| 08/09/07 | {2} | Brooke Distributors, Inc. | Accounts receivable | 1121-000 | 495.00 | | 17,969.04 |
| 08/16/07 | {2} | Brooke Digital Management Solutions, Inc. | Accounts receivable | 1121-000 | 230.00 | | 18,199.04 |
| 08/30/07 | {2} | Brooke Digital Management Solutions | Accounts receivable | 1121-000 | 160.00 | | 18,359.04 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.85 | | 18,368.89 |
| 09/11/07 | {2} | All Seasons Uniforms | Accounts receivable | 1121-000 | 35.00 | | 18,403.89 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.15 | | 18,413.04 |
| 10/04/07 | {2} | All Sseasons Uniforms & Textiles | ACCOUNTS RECEIVABLE | 1121-000 | 60.00 | | 18,473.04 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.84 | | 18,483.88 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 9.61 | | 18,493.49 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 9.41 | | 18,502.90 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 8.46 | | 18,511.36 |
| 01/31/08 | 1001 | KENNETH A. WELT, P.A. | Local Rule Bond Payment International Sureties # 016027932 | 2300-000 | | 15.73 | 18,495.63 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 3.79 | | 18,499.42 |
| 03/31/08 | {2} | Absolute Property Management | ACCOUNTS RECEIVABLE | 1121-000 | 39.40 | | 18,538.82 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 3.47 | | 18,542.29 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.58 | | 18,544.87 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.41 | | 18,547.28 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.35 | | 18,549.63 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.35 | | 18,551.98 |

Subtotals :   $1,138.59   $15.73

{} Asset reference(s)

Printed: 08/04/2010 10:32 AM    V.12.06

Page: 3

## Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-10774 JKO | Trustee: KENNETH A. WELT (290240) |
| Case Name: IDL COURIER, INC. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****27-65 - Money Market Account |
| Taxpayer ID #: **-***0119 | Blanket Bond: $3,000,000.00 (per case limit) |
| Period Ending: 06/30/10 | Separate Bond: N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.20 | | 18,554.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.43 | | 18,556.61 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.02 | | 18,558.63 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.52 | | 18,560.15 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.29 | | 18,561.44 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,562.19 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,562.89 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,563.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,564.44 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 18,565.17 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,565.97 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,566.75 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,567.53 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,568.28 |
| 10/08/09 | | To Account #********2766 | Transfer | 9999-000 | | 407.50 | 18,160.78 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 18,161.52 |
| 11/16/09 | | To Account #********2766 | Transfer | 9999-000 | | 450.00 | 17,711.52 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,712.27 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,713.01 |
| 01/06/10 | 1002 | INTERNATIONAL SURETIES, LTD. | Bond Local Rule | 2300-000 | | 15.06 | 17,697.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,698.64 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,699.31 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 17,699.38 |
| 03/02/10 | | Wire out to BNYM account | Wire out to BNYM account 9200******2765 | 9999-000 | -17,699.38 | | 0.00 |
| | | | **Subtotals:** | | **$-17,679.42** | **$872.56** | |

{} Asset reference(s)            Printed: 08/04/2010 10:32 AM   V.12.06

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** | 07-10774 JKO |
| **Case Name:** | IDL COURIER, INC. |
| **Taxpayer ID #:** | **-***0119 |
| **Period Ending:** | 06/30/10 |

| | |
|---|---|
| **Trustee:** | KENNETH A. WELT (290240) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****27-65 - Money Market Account |
| **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 9200******2765 | | | | | |
| | | | **ACCOUNT TOTALS** | | 888.29 | 888.29 | $0.00 |
| | | | Less: Bank Transfers | | -17,699.38 | 857.50 | |
| | | | **Subtotal** | | 18,587.67 | 30.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,587.67** | **$30.79** | |

{} Asset reference(s)

Printed: 08/04/2010 10:32 AM    V.12.06

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-10774 JKO | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | IDL COURIER, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-66 - Checking Account |
| Taxpayer ID #: | **-***0119 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/09 | | From Account #********2765 | Transfer | 9999-000 | 407.50 | | 407.50 |
| 10/08/09 | 101 | Document Management Solutions, Inc. | Payment re: Rent  Document Storage order 9/28/09 CP# 39 | 2410-000 | | 407.50 | 0.00 |
| 11/16/09 | | From Account #********2765 | Transfer | 9999-000 | 450.00 | | 450.00 |
| 11/16/09 | 102 | Document Management Solutions, Inc. | Payment re: Rent  Document Storage Nov. Invoice # 1112 order 9/28/09 CP# 39 | 2410-000 | | 145.00 | 305.00 |
| 12/15/09 | 103 | Document Management Solutions, Inc. | Payment re: Rent  Document Storage Dec. Invoice # 1135 order 9/28/09 CP# 39 | 2410-000 | | 145.00 | 160.00 |
| 01/05/10 | 104 | Document Management Solutions, Inc. | Payment re: Rent  Document Storage Jan 2010. Invoice # 1159 order 9/28/09 CP# 39 | 2410-000 | | 145.00 | 15.00 |
| 03/02/10 | | Wire out to BNYM account 9200******2766 | Wire out to BNYM account 9200******2766 | 9999-000 | -15.00 | | 0.00 |
| | | | ACCOUNT TOTALS | | 842.50 | 842.50 | $0.00 |
| | | | Less: Bank Transfers | | 842.50 | 0.00 | |
| | | | Subtotal | | 0.00 | 842.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $842.50 | |

{} Asset reference(s)

Printed: 08/04/2010 10:32 AM     V.12.06

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 07-10774 JKO | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|
| Case Name: | IDL COURIER, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******27-65 - Money Market Account |
| Taxpayer ID #: | **-***0119 | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | 9999-000 | 17,699.38 | | 17,699.38 |
| 03/05/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0500% | 1270-000 | 0.07 | | 17,699.45 |
| 03/05/10 | | To Account #9200******2766 | Transfer | 9999-000 | | 17,699.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **17,699.45** | **17,699.45** | **$0.00** |
| | | | Less: Bank Transfers | | 17,699.38 | 17,699.45 | |
| | | | **Subtotal** | | **0.07** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.07** | **$0.00** | |

{} Asset reference(s)

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-10774 JKO | **Trustee:** KENNETH A. WELT (290240) |
| **Case Name:** IDL COURIER, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******27-66 - Checking Account |
| **Taxpayer ID #:** **-***0119 | **Blanket Bond:** $3,000,000.00  (per case limit) |
| **Period Ending:** 06/30/10 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2766 | Wire in from JPMorgan Chase Bank, N.A. account ********2766 | 9999-000 | 15.00 | | 15.00 |
| 03/05/10 | | From Account #9200******2765 | Transfer | 9999-000 | 17,699.45 | | 17,714.45 |
| 03/31/10 | Int | Chase Interest | Interest Earned | 1270-000 | 0.07 | | 17,714.52 |
| | | | **ACCOUNT TOTALS** | | 17,714.52 | 0.00 | **$17,714.52** |
| | | | Less: Bank Transfers | | 17,714.45 | 0.00 | |
| | | | **Subtotal** | | 0.07 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.07** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****27-65** | 18,587.67 | 30.79 | 0.00 |
| **Checking # ***-*****27-66** | 0.00 | 842.50 | 0.00 |
| **MMA # 9200-******27-65** | 0.07 | 0.00 | 0.00 |
| **Checking # 9200-******27-66** | 0.07 | 0.00 | 17,714.52 |
| | **$18,587.81** | **$873.29** | **$17,714.52** |